No. 11,547.

STATE OF LOUISIANA VS. GABE JONES.

46b 545
49   65

The accused appealed from the verdict and sentence refusing him a new trial on the ground of newly discovered evidence.

Applications for new trials on this ground must be received with caution; there was an absolute want of ordinary diligence on the part of accused.

35

State vs. LeDuff.

The court that sat on the trial, that heard the witnesses, had opportunity to form an opinion of the facts and attending circumstances, and having determined that the newly discovered evidence was cumulative, will not be overruled by this court.

The accused having applied for an order to examine witnesses on a day fixed, his failure to call witnesses that were within the process of the court add to reasons justifying refusal of a new trial. Examination of witnesses to prove newly discovered evidence was within the discretion of the trial judge. Citing, State vs. Washington, 36 An. 341; State vs. Beiard, 34 An. 105.

APPEAL from the Criminal District Court, Parish of Orleans. *Moise, J.*

M. J. *Cunningham*, Attorney General, and Jno. J. *Finney*, Assistant District Attorney, for the State.

Louis P. *Paquet* Attorney for Defendant and Appellant.

The opinion of the court, affirming the judgment of the District Court, was delivered by BREAUX, J.